1  **Sandeep Roy Chauhan**          (Full Name)

2  **Adata24D@gmail.com**          (Email Address)

3  **D-371, Baghola**          (Address Line 1)

4  **Palwal, Haryana-121102**          (Address Line 2)

5  **+91-78275-14558**          (Phone Number)

6  **Plaintiff**          in Pro Per
   (indicate Plaintiff or Defendant)

**FILED**
**CLERK, U.S. DISTRICT COURT**

11-7-2021

**CENTRAL DISTRICT OF CALIFORNIA**
**BY:** _____ KMH _____ **DEPUTY**

7

8

9          **UNITED STATES DISTRICT COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA**

11

12  **Sandeep Roy Chauhan**          ,          **Case No.:**  2:21-cv-08775-FLA-SKx
                                                              (To be supplied by the Clerk)

13          **PLAINTIFF,**          **COMPLAINT FOR:**

14  **vs.**          _____

15  _____          _____

16  **Google Inc.**          _____

17  _____          _____

18  _____

19  _____          **Jury Trial Demanded:** ☐ Yes   ☐ No

20          **DEFENDANT(S).**

21

22          ┌─────────────────────────────┐
           │     **I. JURISDICTION**      │
23          └─────────────────────────────┘

24      1.  This Court has jurisdiction under ___The Stored Comminication Act.___

25  (SCA), 18 U.S.C. § 2701 et. seq.; 1

26  And Electronic Communications Privacy Act. of 1986 (ECPA)

27  18 U.S.C. § 2510-2523

28  _____

                              **1**
                         **Complaint**

1

## II. VENUE

2

3    2.  Venue is proper pursuant to __the United States District Court for the__

4    Central District of California because the events and omissions giving rise to Plaintiff

5    Sandeep Roy Chauhan's claim occurred in Santa Clara county, California

6    28 U.S.C. § 1391

7

8

## III. PARTIES

9

10

11

12   3.    Plaintiff's name is ____Sandeep  Roy  Chauhan____ . Plaintiff resides

13   at: __D-371 , Baghola, Palwal, Haryana__

14   __Zip Code 121102__

15   Phone No.: +91-78275-14558

16   Email Address: Adata24d@gmail.com

17

18   4.  Defendant __Google Inc.__

19   Corporate office and headquarter is Googleplex Santa Clara

20   1600 Amphitheatre Parkway, Mountain View , CA 94043, United States

21   Phone Number.  +16502530000

22   Email Address is: Postmortemrequests@google.com

23

24   5.  Defendant _____

25   _____

26   _____

27   _____

28   _____

1

2

## IV. STATEMENT OF FACTS

3    6. Plaintiff's father has created a Google account  of username

4    Mysandeepchauhan@gmail.com to recieve emails and store files in cloud storage.

5    7. Plaintiff's father has been deceased on February 23, 2021.

6    Plaintiff tried to access his fathers email account. In his account recovery options

7    were missing. For that reason his account has been locked out.

8

9    8. Plaintiff requested Google  to obtain data from a deceased user's

10   account. Google accepted the request and performed preliminary review.

11

12   9.  After passing by preliminary review Defendant found my information

13   was correct. After that defendant replied that to proceed further with your request

14   we need a U.S. court order directed to Google Inc. to specifies following facts.

15   10. That the decedent is deceased;

16   11. That the decedent is the sole account holder of the named account;

17   12. That the requesting party has a legal right to obtain the content;

18   13. The specific Gmail content being requested;

19

20

21   14. That disclosure of the content would not violate any applicable laws,

22   including but not limited to the Electronic Communications Privacy

23   Act and any state equivalent;

24   15. That Google Inc. is ordered to produce the requested Gmail content

25   to the requesting party;

26   16.The location to which production needs to be sent;

27   17. That the requesting party must attach the order to an email sent

28   to postmortemrequests@google.com.

3

*Complaint*

18.  Plaintiff have many financial , health and other personal matters in this e-mail account.

19. Plaintiff have the devices used to login for this e-mail account. Also plaintiff have the bills and invoices of the devices used to login in past for account.

20. Plaintiff have death certificate of deceased person.

21. Plaintiff have identity proof of deceased person.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( The Stored Communications Act (SCA), 18 U.S.C. § 2701 et. seq.; 1   )
*insert title of cause of action*

**(As against Defendant(s):** __Google Inc.__

_____ )

22. Plaintiff is legal heir of deceased person e-mail account in question

1

## SECOND CAUSE OF ACTION

2

( The Electronic Communications Privacy Act 18 U.S.C §2510-2523   )

*insert title of cause of action*

3

**(As against Defendant(s):**   Google Inc.

4

)

5

6

7        23. Plaintiff had not violated any law during obtaing of data.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## VI. REQUEST FOR RELIEF

2

3   WHEREFORE, the Plaintiff requests:

4   1. Produce an directed to Order Google Inc., which specifies the following:

5   • Bhagat Singh is deceased.

6   • Sandeep Roy Chauhan is the lawfull administrator of Decedent's estate

7   under law

8

9   •Decedent is the solo account holder of the Google Account(s) registered

10   under the email address(es) mysandeepchauhan@gmail.com

11

12   • Administrato has a legal right to obtain the content of communications and

13   other files stored in Decedent's Account

14

15   •Under the circumstances of this case, and light of this Order, no legal duty , or

16   obligation, including, but not limited to, any provision of the federal Stored

17   Comminications Act. 18 U.S.C . §§ 2701, et seq., prohibits Google from dislosing

18   to Administratrix the content stored in Decedent's Account

19   • There is sufficient consent pursuant to the Stored Communication Act.

20

21

22

23

24

25

26   Dated:   11/07/2021

27   *Sign:*   Sandeep Chauhan

28   *Print Name:*   Sandeep Roy Chauhan

7
*Complaint*

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 11/07/2021

Sign: Sandeep Chauhan

Print Name: Sandeep Roy Chauhan

4831-5981-9291, v. 1